IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA J. ROMANS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV153 |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's application to proceed without prepaying fees or costs (Filing No. 2). The Court has reviewed the application and finds it should be granted. Accordingly,

IT IS ORDERED that plaintiff's application to proceed without prepaying fees or costs is granted. This action shall be filed at no cost to plaintiff pursuant to 28 U.S.C. § 1915(a)(1).

DATED this 4th day of May, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court