IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA J. ROMANS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV153 |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) ) ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's motion for order reversing Commissioner's decision (Filing No. 12) is denied.

2) Defendant's motion to affirm Commissioner's decision (Filing No. 14) is granted. The final decision of the Acting Commissioner of Social Security Administration is affirmed. Plaintiff's complaint is dismissed.

DATED this 18th day of October, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court